# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Supreme Raheem Ackbar, aka Ronald Gary #275886 ) <br> *Plaintiff* ) <br> v. ) <br> Patricia S. Connor, James N. Ishida, Richard H. ) <br> Sewell, Karen Stump, Richard M. Gergel and ) <br> Thomas E. Rogers, III ) <br> *Defendant* ) | Civil Action No.  4:18-cv-3181-RMG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  February 26, 2019                                         *CLERK OF COURT*


                                                                 s/Debbie Stokes
                                                                 *Signature of Clerk or Deputy Clerk*