# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Supreme Raheem Ackbar, | |
| Plaintiff, | Civil Action No. 4:18-3181-RMG |
| vs. | |
| Patricia S. Connor, Clerk, et al., | |
| Defendants. | **ORDER** |

Plaintiff filed a motion for a temporary restraining order and preliminary injunction in this action on April 22, 2019. (Dkt. No. 38). The Court dismissed this action with prejudice on February 26, 2019 and denied Plaintiff's motion to alter judgment on March 12, 2019. (Dkt. Nos. 23, 32). Defendant thereafter filed an appeal to the Fourth Circuit Court of Appeals, which is still pending. (Dkt. No. 34). Consequently, this case is closed before this Court, and the Clerk is directed to deny this motion (Dkt. No. 38) as moot. The Clerk is further directed not to accept further filings from the Plaintiff in this action unless this case is reopened by order of this Court or by action of the Fourth Circuit Court of Appeals.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

April 25, 2019
Charleston, South Carolina